UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARMON WARREN, | ) | 1:05-CV-1628 AWI SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER CORRECTING FINDINGS AND |
| v. | ) | RECOMMENDATION OF JANUARY 26, |
| | ) | 2006, AND GRANTING PETITIONER'S |
| | ) | REQUEST FOR AN EXTENSION OF TIME |
| D. L. RUNNELS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This action has been referred to this Court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72-302.

On December 19, 2005, Petitioner filed a petition for writ of habeas corpus in this Court. In the petition before the Court, Petitioner claims he has been denied access to reports surrounding the investigation of a rules violation charge of sexual misconduct.

On January 26, 2006, the Court issued a Findings and Recommendation which recommended the petition be dismissed for failure to state a cognizable claim. The Findings and Recommendation erroneously stated that the petition should be dismissed "with leave to amend." The recommendation should not have included this language because an amended petition would serve no purpose in this

1  case as no tenable claim for relief can be asserted. See Jarvis v. Nelson, 440 F.2d 13, 14 (9th Cir.
2  1971). As discussed in the Findings and Recommendation, the instant petition raises only a state
3  evidentiary issue. Furthermore, Petitioner's complaints surrounding the Rules Violation Report
4  should have been brought in his other pending habeas action which challenges the Rules Violation
5  Report. See Case No. 1:04-CV-6569 REC LJO HC. Accordingly, the Findings and Recommendation
6  is hereby CORRECTED to strike the language "with leave to amend."

7       On March 2, 2006, Petitioner filed a request for an extension of time. Insofar as Petitioner
8  requests additional time to file an amended petition, his request is DENIED. Insofar as he requests
9  additional time to file objections to the Findings and Recommendation, his request is GRANTED.
10 Petitioner's objections are due thirty (30) days from the date of service of this order.

11 IT IS SO ORDERED.

12 **Dated:    March 15, 2006**                    **/s/ Sandra M. Snyder**
   23ehd0                                         UNITED STATES MAGISTRATE JUDGE