UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN, ) | 1:05-CV-1628 AWI SMS HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #6] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| D. L. RUNNELS, ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 6, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED with leave to amend for failure to state a cognizable federal claim. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.

On March 2, 2006, Petitioner filed a request for an extension of time to file an amended petition. On March 16, 2006, the Magistrate Judge issued an order correcting the Findings and

1 Recommendation. The Findings and Recommendation were amended so that the words "with leave
2 to amend" were stricken. The Magistrate Judge found that leave to amend should not be granted
3 because an amendment would serve no purpose as no tenable claim for relief could be made should
4 the petitioner be allowed to amend. The order also granted Petitioner an additional thirty (30) days to
5 file objections to the corrected Findings and Recommendation. Over thirty (30) days have passed an
6 no party has filed objections.

7     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*
8 *novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings
9 and Recommendation is supported by the record and proper analysis.

10     Accordingly, IT IS HEREBY ORDERED that:

11     1. The Findings and Recommendation issued January 26, 2006, which was amended on
12 March 16, 2006, is ADOPTED IN FULL;

13     2. The petition for writ of habeas corpus is DISMISSED; and

14     3. The Clerk of the Court is DIRECTED to enter judgment.

16 IT IS SO ORDERED.

17 **Dated:   May 29, 2006**                                        **/s/ Anthony W. Ishii**
0m8i78                                                           UNITED STATES DISTRICT JUDGE