UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMON WARREN,<br>                Petitioner,<br>   v.<br>D. L. RUNNELS,<br>                Respondent. | 1:05-CV-01628 AWI SMS HC<br><br>ORDER DENYING PETITIONER'S APPLICATION FOR CERTIFICATE OF APPEALABILITY |

      Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On July 6, 2006, Petitioner filed a motion for a certificate of appealability of the May 31, 2006, order dismissing his petition for a writ of habeas corpus. A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. <u>Miller-El v. Cockrell</u>, 123 S.Ct. 1029, 1039 (2003). The controlling statute in determining whether to issue a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

     (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.

    (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.

    (c)    (1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–

        (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or

        (B) the final order in a proceeding under section 2255.

    (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

    (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

If a court denies a petitioner's petition, the court may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El, 123 S.Ct. at 1034; Slack v. McDaniel, 529 U.S. 473, 484 (2000). While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 123 S.Ct. at 1040.

In the present case, Petitioner disagrees with the dismissal of his habeas petition because he contends his petition challenges a disciplinary hearing in which he suffered a loss of time credits. The Court agrees that such a challenge would be cognizable in a habeas action; however, the Court has reviewed the petition, Petitioner's untimely objections, and the application for certificate of appealability and finds the instant petition does not challenge the disciplinary hearing. Rather, the petition attacks the state court rejection of Petitioner's request for an order directing the prison to produce the investigative reports used in the rules violation hearing. Petitioner seeks injunctive relief in the form of granting Petitioner's request for the production of these reports. The petition does not challenge the outcome of rules violation proceeding itself. A request to compel discovery is not a proper subject for the writ of habeas corpus.

The Court finds that reasonable jurists would not find the Court's determination that

1  Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or deserving of
2  encouragement to proceed further.  Petitioner has not made the required substantial showing of the
3  denial of a constitutional right.  Accordingly, the Court hereby DENIES Petitioner's motion for
4  certificate of appealability.

6  IT IS SO ORDERED.

7  **Dated:    August 23, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                      UNITED STATES DISTRICT JUDGE